U.S. Magistrate Judge Brian A. Tsuchida

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | CASE NO. MJ24-170 |
| --- | --- |
| Plaintiff, | |
| v. | COMPLAINT for VIOLATION |
| DELNIK YOREL BROWN, | 18 U.S.C. § 922(g)(1) |
| Defendant. | |

BEFORE United States Magistrate Judge Brian A. Tsuchida, United States Courthouse, Seattle, Washington.

The undersigned complainant being duly sworn states:

### COUNT 1

**(Unlawful Possession of a Firearm)**

On or about June 6, 2023, in King County, within the Western District of Washington, DELNIK YOREL BROWN, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

i.   *Robbery in the First Degree,* King County Superior Court Cause 10-C-02896-6 KNT, on or about February 6, 2011;

did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is: a Taurus 850 Ultralite, .38 caliber revolver.

All in violation of Title 18, United States Code, Section 922(g)(1).

COMPLAINT/ DELNIK YOREL BROWN - 1
USAO NO.2024R00147

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101
(206) 553-7970

And the complainant states that this Complaint is based on the following information:

I, Zane Davis, being first duly sworn on oath, depose and say:

**INTRODUCTION AND AFFIANT BACKGROUND**

I am a Special Agent with the United States Department of Justice (DOJ), Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), and have been so employed since January 2022. I am currently assigned to the ATF Puget Sound Regional Crime Gun Task Force in Seattle, Washington. In this capacity, I enforce federal criminal laws relating to the unlawful possession, use and trafficking of firearms. I also investigate individuals who illegally use firearms to commit violent crimes.

I received a Bachelor of Science degree in Law and Public Policy from Indiana University in Bloomington, Indiana. I am an investigative or law enforcement officer of the United States within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrest for, offenses enumerated in Title 18, United States Code, Section 2516.

I received training at the Federal Law Enforcement Training Center in Glynco, Georgia. While there, I completed the Criminal Investigator Training Program which provided me knowledge of basic criminal investigations, including systematic techniques for processing crime scenes, interviewing witnesses, gathering evidence, and conducting surveillance. Additionally, I have completed the ATF Special Agent Basic Training program at Glynco, Georgia, which included extensive training on firearms and ammunition identification, firearms trafficking, alcohol and tobacco diversion investigations, explosives and arson investigations, and undercover operations.

The facts in this affidavit come from my own personal knowledge and observations; my training and experience; information obtained from other agents and witnesses; review of documents and records related to this investigation; and communications with others who have personal knowledge of the events and circumstances described herein. This affidavit is intended to show merely that there is

COMPLAINT/ DELNIK YOREL BROWN - 2
USAO NO.2024R00147

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

sufficient probable cause for the requested Complaint, and therefore does not set forth all of my knowledge about this matter.

## SUMMARY OF INVESTIGATION

I reviewed BROWN's criminal history. Based upon my review of those records, in addition to other crimes BROWN has been convicted of Robbery in the First Degree in King County Superior Court under case number 10-C-02896-6 KNT, for which he was sentenced to seventy-seven months imprisonment.

### February 10, 2023

On June 23, 2023, at approximately 2355 hours, a Seattle Police Department (SPD) officer was driving a patrol vehicle northbound in the block of 1700 Rainier Ave S and observed a red vehicle on the sidewalk wedged in between a tree and a building. The officer then observed a male, later identified as BROWN, who appeared to be running away from the vehicle holding his head. BROWN was wearing a plain white t-shirt, gray shorts, and white shoes. BROWN was ordered to stop running and he returned to the location of the vehicle where officers then began treating his injuries. BROWN's shirt and both of his hands were covered in blood. He had suffered a gunshot wound to the head, as well as multiple gunshot wounds to his back. Seattle Fire Department was requested to the scene where they then began treating his injuries. He was later transported to Harborview Medical Center for further evaluation and continued care treatment.

The vehicle, a red 2015 Dodge Charger vehicle VIN: 2C3CDXHG3FH874900 was located on the sidewalk and pressed up against the building at 1706 Rainier Avenue South facing north. While on scene, officers noted the vehicle was currently in reverse, and appeared to have been struck by multiple bullets. Both the front driver's door and the front passenger's door were open when officers arrived on scene. Officers also observed a revolver on the front passenger floorboard of the vehicle. Officers impounded the Charger.

On June 27, 2023, an SPD officer contacted BROWN via telephone and informed BROWN that the conversation was being recorded. When asked about the firearm found

COMPLAINT/ DELNIK YOREL BROWN - 3
USAO NO.2024R00147

in the vehicle, BROWN denied any knowledge of the firearm. The officer told BROWN that his intention was to write a search warrant for the vehicle to retrieve the firearm, absent BROWN providing consent to retrieve the firearm. BROWN provided verbal consent to retrieve the firearm on the passenger floorboard. BROWN also stated that he did not remember if there was a passenger in the vehicle. The officer subsequently retrieved a Taurus 850 Ultralite, .38 caliber revolver bearing serial number AU72108 from the Charger. The firearm was loaded with five rounds of ammunition and appeared to have dried blood on both the grip and cylinder.

On June 28, 2023, SPD officers retrieved and viewed video footage from two cameras posted at the intersection of Rainier Avenue South and South Massachusetts Street, Seattle, WA. The first camera is located in the southwest corner of the intersection and faces east. At approximately 2353 hours on June 23, 2023, the footage depicts a red Dodge Charger driving northbound on Rainier Avenue South in the far-right lane and stops at the intersection of Rainer Avenue South and South Massachusetts Street. A few seconds later, a second vehicle stops immediately next to the Charger, on the Charger's driver's side. For approximately five seconds, multiple flashes of what appear to be gunfire are seen originating from the passenger side of the second vehicle. The gunfire appears to be strike the Charger. The second vehicle then leaves the scene traveling northbound on Rainier Avenue South. The Charger then slowly moves north into the intersection and an individual matching BROWN's description is seen in the driver's seat of the Charger reaching over and opening the front passenger door. The view of the Charger is then obstructed by a light pole. Footage from the second camera, located at the same intersection but facing northeast, depicts the Charger continuing to slowly move north into the intersection. The front passenger door is open, and BROWN can be seen reaching over from the driver's seat towards the front passenger seat. It appears BROWN is the sole occupant in the front of the Charger.

The Charger comes to a stop in the intersection, and then slowly moves in reverse. A light pole obstructs the camera's view of the Charger, but the first camera also depicts the Charger moving in reverse. As the Charger enters the crosswalk on the south side of

COMPLAINT/ DELNIK YOREL BROWN - 4
USAO NO.2024R00147

the intersection, BROWN can be seen exiting from the front passenger door. The Charger continues moving in reverse, and comes to a stop against the building at 1701 Rainier Avenue South. BROWN is then depicted running southbound on Rainier Avenue South.

### Interstate Nexus Examination of the Firearms

On March 13, 2024, ATF SA Rivera, a certified Interstate Firearms and Ammunition Nexus Expert, who has been trained in the recognition of firearms and ammunition and their origin of manufacture, visually and physically examined the Taurus, 850 Ultralite, .38 caliber revolver, with serial number AU72108.

Based upon his experience, knowledge, and research, it also SA Rivera's opinion that the above-listed firearm meets the definition of a firearm under Title 18, United States Code, Section 921(a)(3). Furthermore, SA Rivera determined that the above-listed firearm was not manufactured in the State of Washington.  Because the above-listed firearm was not manufactured in the State of Washington, SA Rivera believes it therefore must have traveled in, and thereby affected, interstate commerce if it was received or possessed in the state of Washington.

//

//

COMPLAINT/ DELNIK YOREL BROWN - 5
USAO NO.2024R00147

## CONCLUSION

Based on the above facts, I believe that there is probable cause to conclude that DELNIK YOREL BROWN committed the offenses of Unlawful Possession of Firearms in violation of Title 18, United States Code, Section 922(g)(1).

Zane Davis
Digitally signed by Zane Davis
Date: 2024.03.18 15:58:10 -07'00'

ZANE DAVIS
Special Agent
Bureau of Alcohol, Tobacco, Firearms, and Explosives

The above-named Special Agent provided a sworn statement attesting to the truth of the foregoing by telephone on the 19th day of March, 2024.  Based on the Complaint and Affidavit sworn to before me, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

Dated this _19_ day of March, 2024.

Honorable Brian A. Tsuchida
United States Magistrate Judge

COMPLAINT/ DELNIK YOREL BROWN - 6
USAO NO.2024R00147